O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUSUF ABDUR-RAHMAN, <br> Plaintiff, <br> v. <br> DARIN ALLARD, et al., <br> Defendant(s). | Case No. CV 12-5135-PA (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 5, 2013

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE